**MANDATE**

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE, NEW YORK, N.Y. 10007

Catherine O'Hagan Wolfe
CLERK OF COURT

Date: 6/26/08
Docket Number: 08-1468-pr
Short Title: Perales v. CBS 60 Minutes

DC Docket Number: 08-cv-2107
DC: SDNY (NEW YORK CITY)
DC Judge: Honorable Kimba Wood

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 26th day of June, two thousand eight.

Richard Alexander Perales, also Known as Richard Perales Trevino, also known as Patrick Perales Trevino,

  Plaintiff-Appellant,

  v.

CBS 60 Minutes, Video Archive and Evidence Photocopies and Cassette Tapes, David Letterman, , Travis County Sheriff Depart.,

  Defendants-Appellees.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN that the appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and **APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed, **THIS APPEAL IS HEREBY DISMISSED.** Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

### CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
Deputy Clerk

For the Court:
Catherine O'Hagan Wolfe, Clerk
By: _____
Gislaine Phillip, Deputy Clerk

ISSUED AS MANDATE: JUN 30 2008